IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA M. KIMMEL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:12-cv-00316-GLL |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, to-wit, this 9th day of July 2012, the Court grants the motion of the Defendant to allow Lindsay E. Lippman to participate in the Mediation proceeding by telephone on August 22, 2012.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge