IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA M. KIMMEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:12-cv-00316-GLL |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, to-wit, this __14__ day of September, 2012, the Stipulation for Dismissal filed by Plaintiff Lisa M. Kimmel and Defendant Metropolitan Life Insurance Company is hereby approved and this civil action is dismissed with prejudice subject to the terms of said Stipulation.

BY THE COURT:

_____
Hon. Gary L. Lancaster
United States District Judge